**Fill in this information to identify the case and this filing:**

Debtor Name __PR Bingham, LLC__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (*If known*): __25-02164-JJG-11__

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* __E/F__
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/23/2025__   ✗ _____(signature)_____
MM / DD / YYYY               Signature of individual signing on behalf of debtor

__Gary Plichta__
Printed name

__Manager__
Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: PR Bingham, LLC

United States Bankruptcy Court for the: Southern District of Indiana (State)

Case number (If known): 25-02164-JJG-11

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .................................................................................................................. $ 2,088,889.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* .................................................................................................................. $ 8,423.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .................................................................................................................. $ 2,097,312.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................. $ 3,375,530.02

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................................ $ 138,439.11

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................ +$ 1,407,567.88

4. **Total liabilities**................................................................................................................................................. $ 4,921,537.01
Lines 2 + 3a + 3b

Official Form 206Sum       Summary of Assets and Liabilities for Non-Individuals       page 1

**Fill in this information to identify the case:**

Debtor: PR Bingham, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): 25-02164-JJG-11

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Madison County Treasurer
16 East 9th Street, Suite 109
Anderson, IN 46016

As of the petition filing date, the claim is: $138,439.11    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2024

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ____ )

Debtor  PR Bingham, LLC  
Name

Case number (if known) 25-02164-JJG-11

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address  
ADT  
4216 S. Scatterfield Rd.  
Anderson, IN 46013

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services

$ 1,448.20

Date or dates debt was incurred _____  
Last 4 digits of account number _____

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.2** Nonpriority creditor's name and mailing address  
AMP Painting LLC  
2676 Woodlawn Dr.  
Anderson, IN 46013

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services

$ 800.00

Date or dates debt was incurred _____  
Last 4 digits of account number _____

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.3** Nonpriority creditor's name and mailing address  
AmTrust NorthAmerica, Inc  
59 Maiden Lane, 42nd Floor  
New York, NY 10038

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services

$ 2,108.00

Date or dates debt was incurred _____  
Last 4 digits of account number _____

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.4** Nonpriority creditor's name and mailing address  
Apartment Association of Indiana  
9200 Keystone Crossing, Suite 100  
Indianapolis, IN 46240

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services

$ 494.43

Date or dates debt was incurred _____  
Last 4 digits of account number _____

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.5** Nonpriority creditor's name and mailing address  
Apartments.com LLC  
1331 L Street  
Washington, DC 20005

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services

$ 8,796.48

Date or dates debt was incurred _____  
Last 4 digits of account number _____

Is the claim subject to offset?  
☑ No  
☐ Yes

**3.6** Nonpriority creditor's name and mailing address  
Apco Supply  
8119 Zionsville Road  
Indianapolis, IN 46268

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Services

$ 51.87

Date or dates debt was incurred _____  
Last 4 digits of account number _____

Is the claim subject to offset?  
☑ No  
☐ Yes

Debtor  PR Bingham, LLC
Name

Case number (if known) 25-02164-JJG-11

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
Azure Water Bottling Company of Florida, LLC
1903 Greenleaf Lane
Leesburg, FL 34748

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,343.19

Date or dates debt was incurred
Last 4 digits of account number

**3.8** Nonpriority creditor's name and mailing address
Best Way Disposal
1128 W. 66th Street
Anderson, IN 46013

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
✓ No
☐ Yes

$ 1,289.94

Date or dates debt was incurred
Last 4 digits of account number

**3.9** Nonpriority creditor's name and mailing address
Bugs B Gone
830 W. 3rd St.
Anderson, IN 46016

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
✓ No
☐ Yes

$ 4,160.00

Date or dates debt was incurred
Last 4 digits of account number

**3.10** Nonpriority creditor's name and mailing address
CenterPoint Energy
P.O. Box 4981
Houston, TX 77210

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

Date or dates debt was incurred
Last 4 digits of account number

**3.11** Nonpriority creditor's name and mailing address
Chadwell Supply
8351 Northwest Blvd., #100
Indianapolis, IN 46278

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
✓ No
☐ Yes

$ 348.29

Date or dates debt was incurred
Last 4 digits of account number

Debtor PR Bingham, LLC
Name
Case number (if known) 25-02164-JJG-11

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.12 **Nonpriority creditor's name and mailing address**
City of Anderson
120 E. 8th Street
Anderson, IN 46016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 697,505.04

3.13 **Nonpriority creditor's name and mailing address**
Comcast Cable
41112 Concept Drive
Plymouth, MI 48170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 348.54

3.14 **Nonpriority creditor's name and mailing address**
CT Corporation
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 319.00

3.15 **Nonpriority creditor's name and mailing address**
Domingo Diaz
5862 E. 43rd Street
Indianapolis, IN 46226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 457.25

3.16 **Nonpriority creditor's name and mailing address**
Falcon Awning
2311 Broadway St.
Anderson, IN 46012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,700.00

Debtor   PR Bingham, LLC
Name

Case number (if known) 25-02164-JJG-11

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.**17**   **Nonpriority creditor's name and mailing address**
Garman Law Offices, P.C.
111 Meridian St.
Anderson, IN 46016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,025.77

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.**18**   **Nonpriority creditor's name and mailing address**
Jetz Service Company
2260 Profit Drive
Indianapolis, IN 46241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.**19**   **Nonpriority creditor's name and mailing address**
Josh's Lawn Care
8431 W 300 N
Anderson, IN 46011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 5,850.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.**20**   **Nonpriority creditor's name and mailing address**
Maid 2 Sparkle
2027 E 1700 N
Summitville, IN 46070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 230.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

3.**21**   **Nonpriority creditor's name and mailing address**
Martha Gibbs Mitchell
c/o McCreedy Garcia & Leet
10008 S. Wester Ave., Suite 250
Chicago, IL 60643

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending lawsuit

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 5 of 8

Debtor  PR Bingham, LLC
        Name

Case number *(if known)* 25-02164-JJG-11

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address
National Apartment Association
4300 Wilson Blvd.
Arlington, VA 22203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 710.71

Date or dates debt was incurred
Last 4 digits of account number

---

**3.23** Nonpriority creditor's name and mailing address
Office of the Indiana Attorney General
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Pending lawsuit

**Is the claim subject to offset?**
✔ No
☐ Yes

$ Unknown

Date or dates debt was incurred
Last 4 digits of account number

---

**3.24** Nonpriority creditor's name and mailing address
Pickett Fence Property Co
830 W. 3rd Street
Anderson, IN 46016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 4,217.27

Date or dates debt was incurred
Last 4 digits of account number

---

**3.25** Nonpriority creditor's name and mailing address
Property Resources Associates, LLC
10655 Versailles Blvd
Wellington, FL 33449

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 268,272.04

Date or dates debt was incurred
Last 4 digits of account number

---

**3.26** Nonpriority creditor's name and mailing address
Reeder Boys
2200 Scatterfield Rd.
Anderson, IN 46012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 1,679.88

Date or dates debt was incurred
Last 4 digits of account number

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 6 of 8

Debtor  PR Bingham, LLC
Name

Case number (if known) 25-02164-JJG-11

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.27 **Nonpriority creditor's name and mailing address**
Smith and Trecha Shareholder Entities
c/o Beck & Sant
11775 Borman Dr., Suite 216
Saint Louis, MO 63146

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 353,548.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
Summers PHC of Anderson
3423 Columbus Ave.
Anderson, IN 46013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 2,184.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
✔ No
☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
Synchrony Bank / Lowe's
P.O. Box 965064
Orlando, FL 32896-5064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 8,653.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
✔ No
☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
VanMatre Law Firm
103 E. Broadway
Columbia, MO 65201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 9,026.07

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
No
☐ Yes

Debtor __PR Bingham, LLC__  Case number (if known) __25-02164-JJG-11__
       Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 138,439.11 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,407,567.88 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,546,006.99 |

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re: )
PR Bingham, LLC )    Case No. 25-02164-JJG-11
[Name of Debtor(s)] )    (xx-xxxxx)
_____, )
                Debtor(s). )

☐ Check if this form is submitted with an amended creditor list.

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated: 5.23.2025

_____ Manager
Signature of Debtor

_____
Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

ADT
4216 S. Scatterfield Rd.
Anderson, IN 46013

AMP Painting LLC
2676 Woodlawn Dr.
Anderson, IN 46013

AmTrust NorthAmerica, Inc
59 Maiden Lane, 42nd Floor
New York, NY 10038

Anderson Housing Authority
528 W. 11th St
Anderson, IN 46016

Anderson Housing Authority
528 W. 11th Street
Anderson, IN 46016

Anderson Redevelopment Commission
120 E. 8th Street
Anderson, IN 46016

Anthony C. Lawrence
928 Merdian St.
Anderson, IN 46016

Apartment Association of Indiana
9200 Keystone Crossing, Suite 100
Indianapolis, IN 46240

Apartments.com LLC
1331 L Street
Washington, DC 20005

Apco Supply
8119 Zionsville Road
Indianapolis, IN 46268

Azure Water Bottling Company of Florida, LLC
1903 Greenleaf Lane
Leesburg, FL 34748

Beck & Sant
11775 Borman Dr
Ste. 216
St. Louis, MO 63146

Best Way Disposal
1128 W. 66th Street
Anderson, IN 46013

Bugs B Gone
830 W. 3rd St.
Anderson, IN 46016

CenterPoint Energy
P.O. Box 4981
Houston, TX 77210

Chadwell Supply
8351 Northwest Blvd., #100
Indianapolis, IN 46278

City of Anderson
Environmental Nuisance Control Div.
120 E. 8th St., P.O. Box 2100
Anderson, IN 46018

City of Anderson
120 E. 8th Street
Anderson, IN 46016

City of Anderson and Anderson Redevelopment C
120 E. 8th Street
Anderson, IN 46016

Comcast Cable
41112 Concept Drive
Plymouth, MI 48170

CT Corporation
330 N. Brand Blvd. Suite 700
Glendale, CA 91203

Domingo Diaz
5862 E. 43rd Street
Indianapolis, IN 46226

Doreen E. Trecha
P.O. Box 76
Ashland, MO 65010

Falcon Awning
2311 Broadway St.
Anderson, IN 46012

Garman Law Offices, P.C.
111 Meridian St.
Anderson, IN 46016

Gary Plichta
10655 Versailles BLVD
Wellington, FL 33449

Jeffrey K. Graham
1601 S. Anderson St., P.O. Box 494
Elwood, IN 46036

Jetz Service Company
2260 Profit Drive
Indianapolis, IN 46241

Josh's Lawn Care
8431 W 300 N
Anderson, IN 46011

Madison County Health Department
206 East 9th Street
Anderson, IN 46016

Madison County Health Department
206 E. 9th Street
Anderson, IN 46016

Madison County Treasurer
16 East 9th Street, Suite 109
Anderson, IN 46016

Maid 2 Sparkle
2027 E 1700 N
Summitville, IN 46070

Martha Gibbs Mitchell
c/o McCreedy Garcia & Leet
10008 S. Wester Ave., Suite 250
Chicago, IL 60643

Michael D. Austin
911 Meridan St., P.O. Box 1448
Anderson, IN 46015

National Apartment Association
4300 Wilson Blvd.
Arlington, VA 22203

Office of the Attorney General
302 W. Washington Street, 5th Floor
Indianapolis, IN 46024

Office of the Indiana Attorney General
302 W. Washington Street, 5th Floor
Indianapolis, IN 46204

Omega Source Financial, LLC
P.O. Box 76
Ashland, MO 65010

P&K Smith Family Co., L.P
P.O. Box 76
Ashalnd, MO 65010

Patrick A. Smith, M.D. and Karen D. Smith, Pa
P.O. Box 76
Ashland, MO 65010

Pickett Fence Property Co
830 W. 3rd Street
Anderson, IN 46016

Plichta Family Holdings
10655 Versailles BLVD
Wellington, FL 33449

Property Resources Associates, LLC
10655 Versailles Blvd
Wellington, FL 33449

Randal R. Trecha and Doreen E. Trecha as Co-T
P.O. Box 76
Ashland, MO 65010

Randal R. Trecha M.D.
P.O. Box 76
Ashland, MO 65010

Reeder Boys
2200 Scatterfield Rd.
Anderson, IN 46012

Smith and Trecha Shareholder Entities
c/o Beck & Sant
11775 Borman Dr., Suite 216
Saint Louis, MO 63146

Summers PHC of Anderson
3423 Columbus Ave.
Anderson, IN 46013


Synchrony Bank / Lowe's
P.O. Box 965064
Orlando, FL 32896-5064


VanMatre Law Firm
103 E. Broadway
Columbia, MO 65201