UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                              )
                                    ) Case No. 25-02164-JJG-11
PR BINGHAM, LLC,                    )
                                    ) *Jointly Administered*
        Debtor.                     )

**LIMITED OBJECTION TO MOTION FOR RELIEF FROM ORDER PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024(b)**

The City of Anderson (the "City"), by and through counsel, states the following as its limited objection to the *Motion for Relief from Order Pursuant to Federal Rule of Bankruptcy Procedure 9024(b)* filed by Debtors, PR Bingham, LLC ("Bingham") and PR Madison, LLC ("Madison" and together with Bingham, the "Debtors") in this matter on October 27, 2025 [Doc 78] (the "Motion for Relief").[1]  In support of its limited objection, the City states as follows:

1.      The City asserts a senior lien on the Bingham Property as follows: (a) a lien in the amount of $482,554.25 by virtue of that certain Taxpayer Agreement and Consent To Real Property Tax Lien recorded with the Madison County Recorder on August 5, 2021 as Instrument No. 2021R014943 (the "Taxpayer Agreement"), a copy of which is attached hereto as **Exhibit A**; and (b) a lien in the amount of $10,721.59 by virtue of a Notice of Storm Water Lien recorded with the Madison County Recorder on January 29, 2025 as Instrument No. 2025R001287 (the "Storm Water Lien"), a copy of which is attached hereto as **Exhibit B**.

2.      The Sale Order provides, "The Debtors' counsel shall hold $900,000 of the Proceeds of the Bingham Property in trust following closing pending further order of this Court and turn over the balance of the Proceeds to Omega." *Sale Order*, ¶ F.

3.      The City, the Debtors and Omega have agreed that the City is entitled to a payment

---

[1] Terms not otherwise defined herein shall have the same meaning as set forth in the Motion for Relief.

25193409.v1

of $493,275.84 from the proceeds of sale of the Bingham Property by virtue of its senior liens under the Taxpayer Agreement and Storm Water Lien.

4.      The City has no objection to the Reduced Purchase Price provided that Paragraph F of the Sale Order is amended to provide that the proceeds from the sale of the Bingham Property shall be paid first to the City in the amount of $493,275.84 with the balance to Omega.

WHEREFORE, the City of Anderson respectfully requests that the Court grant the Motion for Relief, subject to the conditions of this limited objection, and that the Court grant such other and further relief as may be just and proper.

Respectfully submitted,

*/s/ Whitney L. Mosby*
Whitney L. Mosby, (#23691-49)
Dentons Bingham Greenebaum LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
317-635-8900
Fax:  317-236-9907
Email:  whitney.mosby@dentons.com
*Counsel for City of Anderson*

25193409.v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system:

Jeffrey M. Hester
jhester@hbkfirm.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

John Talbot Sant, Jr.
tal@beckandsantlaw.com

Scott A. Kainrath
skainrath@gfwlawyers.com

Kyle A. Halbleib
Kyle.halbleib@atg.in.gov

Heather M. Crockett
Heather.crockett@atg.in.gov

Jason T. Mizzell
jmizzell@kgrlaw.com

Damaris D. Rosich-Schwartz
Damaris.D.Rosich-Schwartz@usdoj.gov


/s/ Whitney L. Mosby
Whitney L. Mosby

25193409.v1

Filed: 11/20/2025 9:23 AM
2021R Madison County Circuit Court 6
08/05/2021 03:23:21 PM Madison County, Indiana
FEE: 25.00 PGS: 12
LINDA SMITH
MADISON COUNTY RECORDER, IN
RECORDED AS PRESENTED

## TAXPAYER AGREEMENT
## AND CONSENT TO REAL PROPERTY TAX LIEN

THIS TAXPAYER AGREEMENT is entered into as of October 9, 2020, between PR BINGHAM, L.L.C., a Missouri limited liability company (the "Owner"), and ANDERSON REDEVELOPMENT COMMISSION (the "ARC").

WHEREAS, Owner and the ARC have entered into an Economic Project Agreement, dated as of September 30, 2020 (the "Project Agreement"), which Project Agreement sets out, among other things, terms under which Owner will rehabilitate the building located at 2725 W. 16th St., Anderson, Indiana 46016 (the "Bingham Square Apartments Building);

WHEREAS, the Bingham Square Apartments Building is located on the following parcel:

PT W2 NE PLAT 49-5 (6.15 acres)

48-11-15-103-006.000-003

(the above parcel referred to herein as the "Bingham Square Apartments Parcel").

WHEREAS, pursuant to the Project Agreement, the Owner will rehabilitate the Bingham Square Apartments Building as described in Project Agreement (the "Project");

WHEREAS, in accordance with Section 4.01 of the Project Agreement, the City has approved the issuance of its taxable economic development revenue bonds (collectively, the "Bonds");

WHEREAS, $900,000 of the net proceeds of the Bonds will be used to facilitate the Project, as further described in the Project Agreement;

WHEREAS, the Owner owns the Bingham Square Apartments Parcel and all improvements thereto (hereafter, the "Real Estate");

WHEREAS, as owner of the Real Estate, the Owner will, directly and/or indirectly, benefit from the Bonds;

WHEREAS, it is the intent of the parties to secure the payment of the amounts set forth in Exhibit A hereto by imposing a lien against the Real Estate, equal in priority to the property tax lien granted to the State of Indiana under Indiana Code 6-1.1-22-13 as permitted by Indiana Code 36-7-25-6.

IT IS THEREFORE AGREED by and among the parties as follows:

1.      Terms used in this Agreement and not defined in this Agreement are used with the meanings ascribed to such terms in Project Agreement.

1



EXHIBIT A

2.      In order to enhance the ARC's ability to fund the debt service due on the Bonds, the Owner agrees to make the payments described in this Section 2 (the "Owner Payments", and each, an "Owner Payment"). The Owner Payments shall be made on the dates on which property tax payments are due and payable, which under current law are May 10 and November 10 (each a "Payment Date"), beginning on May 10, 2022, and continuing until the payments set forth in Exhibit A hereto are fully paid. The final amortization schedule for the Bonds shall be incorporated into this Agreement as Exhibit A (the "Notional Bond Amortization Schedule"). If the real estate taxes actually assessed and paid for each installment on the Bingham Square Apartments Parcel on a Payment Date do not generate sufficient tax increment revenues (the "TIF Revenues") to pay the amount shown on the Notional Bond Amortization Schedule for the applicable Payment Date (the "Scheduled Payment"), then, the Owner shall pay, in addition to such real property tax payments for such installment, an amount equal to: (a) the Scheduled Payment, *minus* (b) the amount of the TIF Revenues actually assessed and paid for such installment on the Bingham Square Apartments Parcel on such Payment Date. In the even the Owner fails, at any time, subject to the notice and cure rights set forth in Section 7.02 of the Project Agreement, to make any payment required hereunder on or before the date such payment is due, the remaining unpaid balance of all of the payments set forth in the Notional Bond Amortization Schedule attached hereto as Exhibit A, plus all accrued interest and other amounts due hereunder and under the Project Agreement, shall become immediately due and payable to ARC. Any amounts due hereunder and not paid when due shall accrue interest from and after the due date until paid in full at the per annum rate of 5%. The Owner's obligations hereunder shall be secured by a Mortgage from the Owner in favor of ARC and the City of Anderson, Indiana.

3.      The ARC may, in its sole discretion, pay off the Bonds sooner than shown on the Notional Bond Amortization Schedule. In such case, Owner's obligation to make the Owner Payments shall not cease and shall continue under Section 2 as if the Bonds had not been paid off in accordance with the schedule set forth in Exhibit A.

4.      The Owner agrees that its obligation and the obligation of its successors in title to the Real Estate, to make the Owner Payments set out herein shall constitute a lien upon the Real Estate. The lien securing the duty to make Owner Payments for a year shall attach to the Real Estate on the date real property tax liens are assessed for such year; shall be binding upon the Owner and its successor in title to the Real Estate; shall have priority with respect to other liens in the same manner that real property tax liens have priority pursuant to Indiana Code 6-1.1-22-13, and shall in all ways be considered in the same manner as such real property tax liens.

5.      The Owner expressly agrees that its obligation to pay each Owner Payment under this Agreement includes the obligation to pay amounts equivalent to amounts of statutory penalty or interest or other charges customarily payable with respect to delinquent real property tax payments and costs of collection, including all expenses which may be paid or incurred by or on behalf of the ARC in connection with the foreclosure of the lien for unpaid property taxes and Owner Payments including attorneys' fees, stenographers' charges, publication costs and costs of procuring all title searches, policies and

examinations and similar data and assurances with respect to title as the ARC reasonably may deem necessary to prosecute such suit.

6.    As permitted by IC 36-7-25-6, all Owner Payments shall be treated in the same manner as property taxes for purposes of IC 6-1.1-22-13 and the lien created by this document shall be binding on the Owner and its successors in title to the Real Estate, as well as any mortgagee, lessee, assignee, licensee, or any other person or entity claiming an interest in the Real Estate.

7.    Nothing in this Agreement shall be deemed to release the Owner from any obligation to pay any property taxes or assessments on the Bingham Square Apartments Parcel regardless of when payable or assessed, and the Owner and its successors in title to the Real Estate shall pay all property tax bills for the Bingham Square Apartments Parcel before the tax bills are delinquent.

8.    The Owner expressly acknowledges that the obligation to make the Owner Payments defined in this Agreement is an *in rem* obligation running with the Real Estate and shall be binding upon and enforceable against the Owner and its successors in title or interests therein to the extent that the underlying obligations remain in effect.

9.    The Owner covenants and warrants that it is lawfully seized of the Real Estate in fee simple, has valid and indefeasible title to the Real Estate, and has a good and valid right to grant to the ARC the lien on the Real Estate as provided herein.

10.    Maturity Date" means November 10, 2036, the final maturity date of the Notional Bond as set forth in Exhibit A.

11.    Upon the date the last Scheduled Payment is made, and provided all previous Scheduled Payments, along with any penalties and interest which have accrued (and any other amounts due hereunder), have been timely made, either by real property taxes actually assessed and paid or by Owner Payments (the "Defeasance Date"), the obligation to make Owner Payments under this Agreement shall cease and be of no further force or effect.

12.    On the Defeasance Date this Agreement shall terminate and shall be deemed fully performed, all liability hereunder for such Owner Payments shall cease, and the lien created by this Agreement shall cease. Upon the request of the Owner, the ARC agrees to record an instrument evidencing the release of the lien created by this Agreement.

13.    Each of the parties to this Agreement hereby represents and warrants that this Agreement has been duly authorized, executed and delivered by such party, and is valid, binding and enforceable against such party in accordance with its terms, except as enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium and other laws affecting creditors' rights generally, and general principles of equity.

14.    This Agreement shall be recorded as an *in rem* obligation in the Madison County Recorder's office immediately following execution by the parties hereto.

3

15.    In the case of any section or provision of this Agreement or any covenant, stipulation, obligation, agreement, act or action, or part thereof, made, assumed, entered into or taken under this Agreement, or any application thereof, is for any reason held to be illegal or invalid, or is at any time inoperable, that illegality or invalidity or inoperability shall not affect the remainder hereof or any other section or provision of this Agreement or any other covenant, stipulation, obligation, agreement, act or action, or part thereof, made, assumed, entered into or taken under this Agreement, which shall be construed and enforced as if that illegal or invalid or inoperable portion were not contained herein.

16.    This Agreement may be signed in one or more counterparts, each of which shall constitute one and the same instrument. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Indiana. All proceedings arising in connection with this Agreement shall be tried and litigated only in the state courts in Madison County, Indiana, or the federal courts with venue that includes Madison County, Indiana.

[Signature Page Follows.]

IN WITNESS WHEREOF the parties have set their hands on the date first above written.

ANDERSON REDEVELOPMENT
COMMISSION

By: _____

Richard Symmes, President

ATTEST:

By: _____

Danny McGhee, Vice President

WITNESS:

_____
Witness Signature

_____
Witness Name (must be typed / printed)

5

STATE OF INDIANA      )
                            ) SS:

COUNTY OF MADISON    )

Before me, a Notary Public, in and for said County and State, personally appeared Richard Symmes and Danny McGhee, the President and the Vice President, respectively, of the ANDERSON REDEVELOPMENT COMMISSION, and acknowledged the execution of the foregoing instrument, this _____ day of October, 2020.

Witness my hand and Notarial Seal this _____ day of October, 2020.

(Seal)

_____
(Written Signature)

_____
(Printed Signature)          
                            Notary Public

My Commission expires:            My county of residence is:

_____1/5/23_____           _____Madison_____

6

STATE OF INDIANA )
) SS.
COUNTY OF MADISON )

Before me, the undersigned, a Notary Public in and for said County and State, on October 12, 2020, personally appeared the above-named WITNESS to the foregoing instrument, who, being duly sworn, did depose and say that he/she knows Richard Symmes and Danny McGhee to be the individuals described in and who executed the foregoing instrument, that said WITNESS was present and saw Richard Symmes and Danny McGhee execute the same and that said WITNESS at the same time subscribed his/her name as a witness thereto.

WITNESS my hand and notarial seal this 12 day of October, 2020.

Written Signature

Karen Soetenga
Printed Signature

NOTARY PUBLIC

My Commission Expires:                    My County of Residence is:

1/5/23                                     Madison

PR BINGHAM, L.L.C., as Owner

By: _____

Printed: Gary Plichta

Title: Managing Member


WITNESS:

_Christina Plichta_
Witness Signature

Christina Plichta
Witness Name (must be typed / printed)

8

STATE OF _uncumn_ )
                        ) SS:
COUNTY OF _Loudoun_ )

    Before me, a Notary Public, in and for said County and State, personally appeared Gary Plichta, Manager of PR Bingham, L.L.C. and acknowledged the execution of the foregoing instrument, this 16th day of October, 2020.

    Witness my hand and Notarial Seal this 16th day of October, 2020.

                                     (Written Signature)

(Seal)

| HELENA S MCCLAIN |
| NOTARY PUBLIC |
| COMMONWEALTH OF VIRGINIA |
| MY COMMISSION EXPIRES JAN. 31, 2022 |
| COMMISSION # 7790820 |

Helena S McClain
(Printed Signature)
                    Notary Public

My Commission expires:        My county of residence is:

01/31/2022                Loudoun

STATE OF ~~INDIANA~~ *VIRGINIA*        )
                                  ) SS:
COUNTY OF ~~MADISON~~ *Loudoun*   )

        Before me, the undersigned, a Notary Public in and for said County and State, on October ___, 2020, personally appeared the above-named WITNESS to the foregoing instrument, who, being duly sworn, did depose and say that he/she knows Gary Plichta to be the individual described in and who executed the foregoing instrument; that said WITNESS was present and saw Gary Plichta execute the same; and that said WITNESS at that same time subscribed his/her name as a witness thereto.

        WITNESS my hand and notarial seal this 16ᵗʰ day of October, 2020.

```
┌──────────────────────────────────────┐
│         HELENA S MCCLAIN              │
│           NOTARY PUBLIC              │
│    COMMONWEALTH OF VIRGINIA          │
│ MY COMMISSION EXPIRES JAN. 31, 2022  │
│       COMMISSION # 7790820           │
└──────────────────────────────────────┘
```

Written Signature

*Helena S. McClain*
Printed Signature

NOTARY PUBLIC

My Commission Expires:              My County of Residence is:

01/31/2022                           *Loudoun*

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law.

*Karen Svetenga*

prepared by Tom Pitman

## EXHIBIT A

### Notional Bond Amortization Schedule

*Interest at a rate of 3.5% will begin to accrue on November 10, 2021, and the first interest payment shall be due on May 10, 2022. Principal amortization will be set such that the semiannual payments of principal and interest

11

due on May 10 and November 10 of each year will be approximately equal, with principal payments rounded to the nearest $1,000.

CITY OF ANDERSON

$935,000 OF NOTIONAL BOND AMORTIZATION SCHEDULE
(BINGHAM SQUARE APARTMENTS)

ASSUMING INTEREST BEGINS TO ACCRUE ON NOVEMBER 10, 2021

| Date | Principal Balance | Principal | Coupon | Interest | Period Total | Bond Year Total |
|---|---|---|---|---|---|---|
| 5/10/2022 | $935,000 | $ 24,000 | 3.500% | $ 16,362.50 | $ 40,362.50 | |
| 11/10/2022 | 911,000 | 34,000 | 3.500% | 15,942.50 | 39,942.50 | $ 80,305.00 |
| 5/10/2023 | 887,000 | 25,000 | 3.500% | 15,522.50 | 40,522.50 | |
| 11/10/2023 | 862,000 | 25,000 | 3.500% | 15,085.00 | 40,085.00 | 80,607.50 |
| 5/10/2024 | 837,000 | 26,000 | 3.500% | 14,647.50 | 40,647.50 | |
| 11/10/2024 | 811,000 | 26,000 | 3.500% | 14,192.50 | 40,192.50 | 80,840.00 |
| 5/10/2025 | 785,000 | 27,000 | 3.500% | 13,737.50 | 40,737.50 | |
| 11/10/2025 | 758,000 | 27,000 | 3.500% | 13,265.00 | 40,265.00 | 81,002.50 |
| 5/10/2026 | 731,000 | 28,000 | 3.500% | 12,792.50 | 40,792.50 | |
| 11/10/2026 | 703,000 | 28,000 | 3.500% | 12,302.50 | 40,302.50 | 81,095.00 |
| 5/10/2027 | 675,000 | 28,000 | 3.500% | 11,812.50 | 39,812.50 | |
| 11/10/2027 | 647,000 | 29,000 | 3.500% | 11,322.50 | 40,322.50 | 80,135.00 |
| 5/10/2028 | 618,000 | 29,000 | 3.500% | 10,815.00 | 39,815.00 | |
| 11/10/2028 | 589,000 | 30,000 | 3.500% | 10,307.50 | 40,307.50 | 80,122.50 |
| 5/10/2029 | 559,000 | 31,000 | 3.500% | 9,782.50 | 40,782.50 | |
| 11/10/2029 | 528,000 | 31,000 | 3.500% | 9,240.00 | 40,240.00 | 81,022.50 |
| 5/10/2030 | 497,000 | 32,000 | 3.500% | 8,697.50 | 40,697.50 | |
| 11/10/2030 | 465,000 | 32,000 | 3.500% | 8,137.50 | 40,137.50 | 80,835.00 |
| 5/10/2031 | 433,000 | 33,000 | 3.500% | 7,577.50 | 40,577.50 | |
| 11/10/2031 | 400,000 | 33,000 | 3.500% | 7,000.00 | 40,000.00 | 80,577.50 |
| 5/10/2032 | 367,000 | 34,000 | 3.500% | 6,422.50 | 40,422.50 | |
| 11/10/2032 | 333,000 | 34,000 | 3.500% | 5,827.50 | 39,827.50 | 80,250.00 |
| 5/10/2033 | 299,000 | 35,000 | 3.500% | 5,232.50 | 40,232.50 | |
| 11/10/2033 | 264,000 | 36,000 | 3.500% | 4,620.00 | 40,620.00 | 80,852.50 |
| 5/10/2034 | 228,000 | 36,000 | 3.500% | 3,990.00 | 39,990.00 | |
| 11/10/2034 | 192,000 | 37,000 | 3.500% | 3,360.00 | 40,360.00 | 80,350.00 |
| 5/10/2035 | 155,000 | 38,000 | 3.500% | 2,712.50 | 40,712.50 | |
| 11/10/2035 | 117,000 | 38,000 | 3.500% | 2,047.50 | 40,047.50 | 80,760.00 |
| 5/10/2036 | 79,000 | 39,000 | 3.500% | 1,382.50 | 40,382.50 | |
| 11/10/2036 | 40,000 | 40,000 | 3.500% | 700.00 | 40,700.00 | 81,082.50 |
| TOTALS | | $ 935,000 | | $ 274,837.50 | $1,209,837.50 | $ 1,209,837.50 |

12

**END OF DOCUMENT**

2025R001285
01/29/2025 01:55:35 PM
FEE: 53.00 PGS: 3
ANGIE ABEL
MADISON COUNTY RECORDER, IN
RECORDED AS PRESENTED

**Anderson City Utilities**
**P.O. Box 2100**
**Anderson, IN 46018**

**JANUARY 29, 2025**

## NOTICE OF STORM WATER LIEN

The City of Anderson, Indiana, hereby swears and affirms, the following account is at least 90 days past due and the property owner has been given more than 30 days from time of notice, with no response.  The City of Anderson therefore claims liens on the real properties described below, pursuant to Indiana Code 36-9-23-25c.

1. Name of Owner: PR MADISON LLC

   Property Address: 1641 N MADISON AVENUE AKA 1625 N MADISON AVENUE ANDERSON IN 46011

   Property Location: TOWNSHIP: 19N    RANGE: 07E    SECTION: 02

   The lien hereby attaches to the property; legally described as: BRIAN F MALADYS UNREC NE 02-19-7 LOTS 18-23 AND LOTS 53-61

   Parcel #: 48-11-02-101-016.000-003    Map: # 1845A20Z

   Said lien is for the following amounts:

   Date: 01/29/ 2025

   Reason for lien:  DELINQUENT STORM WATER BILLING

   Total Amount:  $6769.65

   Additional Property Information:    Utility account # 5000312140

2. Name of Owner: FINDING RECOVERY OPTIONS FOR GROWTH INC ( F R O G RECOVERY INC)

   Property Address: 326 W 11TH STREET ANDERSON IN 46011

   Property Location:  TOWNSHIP: 19N  RANGE: 07E  SECTION: 13

   The lien hereby attaches to the property; legally described as: BLIVENS 50' L 013

   Parcel #: 48-11-13-201-043.000-003    Map #: 18863

   Said lien is for the following amounts:

   Date: 01/29/2025

   Reason for lien: DELINQUENT STORM WATER BILLING

   Total Amount:  $99.14

   Additional Property Information:    Utility Account # 5000427890



EXHIBIT B

3.  Name of Owner: JIMMY E GRIFFIN & WILMA K EASLEY

    Property Address: 1519 HALFORD STREET ANDERSON IN 46016

    Property Location: TOWNSHIP: 19N   RANGE: 07E    SECTION: 14

    The lien hereby attaches to the property; legally described as: SHADELAND CONT PL 50 L 186

    Parcel #: 48-11-14-204-150.000-003     Map #: 1893416

    Said lien is for the following amounts:

    Date: 01/29/2025

    Reason for lien:  DELINQUENT STORM WATER BILLING
    Total Amount:    $283.94

    Additional Property Information:    Utility Account # 1321001887

4.  Name of Owner: 1644 WEST 7TH STREET LAND TRUST

    Property Address: 1644 W 7TH STREET ANDERSON IN 46016

    Property Location: TOWNSHIP: 19N   RANGE: 07E    SECTION: 11

    The lien hereby attaches to the property; legally described as: BERNARDS L 036

    Parcel #: 48-11-11-402-014.000-003    Map #: 187810

    Said lien is for the following amounts:

    Date: 01/29/2025

    Reason for lien:  DELINQUENT STORM WATER BILLING

    Total Amount:    $162.66

    Additional Property Information:    Utility Account # 1421001435

5.  Name of Owner: FORREST W & BETTY L WALLACE

    Property Address: 301 ELVA STREET ANDERSON IN 46013

    Property Location: TOWNSHIP: 19N   RANGE: 07E    SECTION: 24

    The lien hereby attaches to the property; legally described as: BELVIDERE L 099

    Parcel #: 48-11-24-404-105.000-003     Map #: 18631

    Said lien is for the following amounts:

    Date: 01/29/2025

    Reason for lien:  DELINQUENT STORM WATER BILLING

    Total Amount:    $124.55

    Additional Property Information:    Utility Account # 4621001267

CITY OF ANDERSON, INDIANA

Prepared By Christina White

I affirm under the penalties for perjury, that I have taken reasonable care to redact each Social Security number and any private or personal information from this document, unless required by law.

*Christina White, ACU, C.C.C.*

State of Indiana, County of Madison

Sharon Riddle declares that the above / foregoing statement is true and correct to the best of her knowledge and belief.

*Sharon Riddle*

Sharon Riddle, Office Manager

## NOTARY'S CERTIFICATE

| | |
|---|---|
| State of Indiana | ) |
| | ) |
| County of Madison | ) |

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared the within-named party, and acknowledged the execution of the foregoing lien to be his/her voluntary act, and, under oath, duly swore that the statements of fact therein contained are true.

SUBSCRIBED AND SWORN to Before Me this 29th day of January, 2025

Notary Public *Brenda D. Pulliam*

Notary Public (printed)  Brenda Pulliam_____

County of Residence  Madison _____          Seal

My Commission Expires   05/27/2030_____





BRENDA D. PULLIAM
My Commission Expires
May 27, 2030
Commission Number NP0653966
Madison County

3 | Page  –  S T O R M   W A T E R   L I E N S

2025R001287
01/29/2025 01:55:35 PM
FEE: 53.00 PGS: 3
ANGIE ABEL
MADISON COUNTY RECORDER, IN
RECORDED AS PRESENTED

**Anderson City Utilities**
**P.O. Box 2100**
**Anderson, IN 46018**

**JANUARY 29, 2024**

## NOTICE OF STORM WATER LIEN

The City of Anderson, Indiana, hereby swears and affirms, the following account is at least 90 days past due and the property owner has been given more than 30 days from time of notice, with no response. The City of Anderson therefore claims liens on the real properties described below, pursuant to Indiana Code 36-9-23-25c.

1. Name of Owner: DAVID BURNS

   Property Address: 2119 FORKNER STREET ANDERSON IN 46016

   Property Location: TOWNSHIP: 19N    RANGE: 07E    SECTION: 14

   The lien hereby attaches to the property; legally described as: HAZELWOOD PL 36 L 459

   Parcel #: 48-11-14-401-113.000-003    Map: #1840510

   Said lien is for the following amounts:

   Date: 01/29/2025

   Reason for lien:  DELINQUENT STORM WATER BILLING

   Total Amount:  $99.14

   Additional Property Information:    Utility account # 3331002887

2. Name of Owner: MAX L & DELBERTA K AMOS

   Property Address: 1736 W 9TH STREET ANDERSON IN 46016

   Property Location:  TOWNSHIP: 19N   RANGE: 07E   SECTION: 11

   The lien hereby attaches to the property; legally described as: A T DAVIS 1ST L 019

   Parcel #: 48-11-11-304-082.000-003    Map #: 1821813

   Said lien is for the following amounts:

   Date: 01/29/2025

   Reason for lien: DELINQUENT STORM WATER BILLING

   Total Amount:  $187.30

   Additional Property Information:    Utility Account # 5000013250



ᴧTER LIENS

3.  Name of Owner: WARREN DIXON

    Property Address: 1426 DEWEY STREET ANDERSON IN 46016

    Property Location: TOWNSHIP: 19N    RANGE: 07E    SECTION: 14

    The lien hereby attaches to the property; legally described as: SHADELAND CONT PL 58 L 218

    Parcel #: 48-11-14-204-182.000-003    Map #: 1894010

    Said lien is for the following amounts:

    Date: 01/29/2025

    Reason for lien:  DELINQUENT STORM WATER BILLING
    Total Amount:    $120.31

    Additional Property Information:    Utility Account # 1322002995

4.  Name of Owner: MARION L HOOSIER

    Property Address: 1408 ARROW AVENUE ANDERSON IN 46016

    Property Location: TOWNSHIP: 19N   RANGE: 07E   SECTION: 14

    The lien hereby attaches to the property; legally described as: ENGLEWOOD L 010

    Parcel #: 48-11-14-103-002.000-003    Map #: 182452

    Said lien is for the following amounts:

    Date: 01/29/2025

    Reason for lien:  DELINQUENT STORM WATER BILLING

    Total Amount:    $99.14

    Additional Property Information:    Utility Account # 2212000625

5.  Name of Owner: PR BINGHAM LLC

    Property Address: 2725 W 16TH STREET ANDERSON IN 46011

    Property Location: TOWNSHIP: 19N   RANGE: 07E   SECTION: 15

    The lien hereby attaches to the property; legally described as: PT W2 NE PLAT 49-5   15-19-7 (6.15ac)

    Parcel #: 48-11-15-103-006.000-003    Map #: 181414A22Z

    Said lien is for the following amounts:

    Date: 01/29/2025

    Reason for lien:  DELINQUENT STORM WATER BILLING

    Total Amount:    $10,721.59

    Additional Property Information:    Utility Account # 5000126140

CITY OF ANDERSON, INDIANA

Prepared By Christina White

I affirm under the penalties for perjury, that I have taken reasonable care to redact each Social Security number and any private or personal information from this document, unless required by law.

Christina White, ACU, C.C.C.

State of Indiana, County of Madison

Sharon Riddle declares that the above / foregoing statement is true and correct to the best of her knowledge and belief.

Sharon Riddle

Sharon Riddle, Office Manager

**NOTARY'S CERTIFICATE**

State of Indiana )

)

County of Madison )

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared the within-named party, and acknowledged the execution of the foregoing lien to be his/her voluntary act, and, under oath, duly swore that the statements of fact therein contained are true.

SUBSCRIBED AND SWORN to Before Me this 29th day of January, 2025

Notary Public   Brenda D. Pulliam

Notary Public (printed)  Brenda Pulliam_____

County of Residence  Madison _____          Seal

My Commission Expires   05/27/2030_____



BRENDA D. PULLIAM
My Commission Expires
May 27, 2030
Commission Number NP0653966
Madison County
SEAL

3 | P a g e  —  S T O R M   W A T E R   L I E N S